UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60952-Civ-MIDDLEBROOKS/JOHNSON

JEAN NOEL ROMAIN, on his own behalf
and others similarly situated,

    Plaintiff,
vs.

FEEDUCATERING, INC., a Florida Corporation,
d/b/a ROLLING DOUGH EATERY and
BARRY KATZ, individually,

    Defendant.
_____/

## AMENDED ORDER

THIS CAUSE is before the Court <u>sua sponte</u>.

Defendant is hereby notified that the Defendant Corporation must obtain counsel within five (5) days. Defendant Corporations cannot be represented at Trial or in these Court proceedings by a non-lawyer.[1]

DONE AND ORDERED this 18th day of October, 2006, at Fort Pierce, Florida.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc:

Honorable Donald M. Middlebrooks
Barry Katz, pro se

---

[1] <u>Palazzo v. Gulf Oil Corp.</u> 764 F.2d 1381, 1385(11th Cir. 1985); <u>National Satellite Sports, Inc. v. No Frills Rest., Inc.</u> 15 F. Supp. 2d 1360, 1361 n.1 (S.D. Fla. 1998).